Entered: December 27th, 2021
Signed: December 27th, 2021

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | * | |
| | | Case No. 21-16774-NVA |
| **APRIL MICHELLE ALEXANDER-GILES,** | * | |
| | * | (Chapter 7) |
| Debtor. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| **CRAIG B. LEAVERS,** **CHAPTER 7 TRUSTEE,** | * | |
| | * | |
| Plaintiff, | | Adversary No. 21-00252 |
| | * | |
| v. | | |
| | * | |
| **CARVANA, LLC,** | | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT CARVANA, LLC'S
### <u>CONSENT TO JUDGMENT AS TO COUNTS I, II, III, AND IV</u>

**WHEREAS**, on October 27, 2021 (the "Petition Date"), the debtor herein (the "Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code thereby commencing the above-captioned bankruptcy case (the "Bankruptcy Case");

1

**WHEREAS**, Craig B. Leavers (the "Trustee") was appointed to serve as interim trustee in the Bankruptcy Case, and no other trustee was appointed at the Debtor's meeting of creditors held on December 6, 2021;

**WHEREAS**, the Trustee has accepted his appointment, has qualified and is acting in that capacity;

**WHEREAS**, seventy (70) days prior to the Petition Date, on August 18, 2021, the Debtor purchased and took possession of a used 2020 Chevrolet Traverse Sport Utility VIN 1GNERGKWOLJ230066 (the "Vehicle") from Defendant Carvana, LLC (the "Defendant");

**WHEREAS**, the Debtor's acquisition of the Vehicle was financed by Defendant *via* a Retail Installment Sale Contract (the "Contract").  The Contract granted the Defendant a security interest in the Vehicle;

**WHEREAS**, two (2) days after the Petition Date, on October 29, 2021, the Defendant perfected its security interest in the Vehicle by delivering the necessary paperwork and fees to the Maryland Vehicle Administration (the "Transfer");

**WHEREAS**, in light of the above, on December 8, 2021, the Trustee filed his Complaint to Avoid Lien and to Avoid and Recover Transfer and for Other Related Relief (the "Complaint") thereby commencing the above-captioned adversary proceeding;

**WHEREAS**, Counts I through IV of the Complaint aver various causes of action seeking to avoid and recover the Transfer, and Count V avers a cause of action seeking to avoid and recover prepetition payments made by the Debtor to the Defendant;

**WHEREAS**, the Defendant was duly served with a copy of the Complaint and the Summons and Notice of Pre-Trial Conference;

**WHEREAS**, the Defendant desires to consent to the avoidance and recovery of the Transfer, and, therefore, has agreed to enter into this judgment consenting to the relief sought in Counts I through IV of the Complaint;

**WHEREAS**, the Trustee and the Defendant hereby each acknowledge that they have participated in the drafting and negotiation of this consent to judgment prior to its execution;

**WHEREAS**, the Trustee and the Defendant hereby each acknowledge that they consent to entry of final orders and judgments by the Bankruptcy Court in this matter;

**NOW, THEREFORE**, it is hereby stipulated, agreed and, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that judgment be and is hereby entered in favor of the Trustee and against the Defendant as to Counts I through IV of the Complaint; and it is further

**ORDERED**, that the Defendant's lien on the Vehicle be and is hereby avoided pursuant to 11 U.S.C. §§ 544, 547 and 549, and, because it was perfected after the Petition Date, is void *ab initio* and of no force or effect whatsoever pursuant to 11 U.S.C. § 362; and it is further

*[Continued Next Page]*

**ORDERED**, that this consent to judgment does not effect or resolve Count V of the Complaint.

**CONSENTED TO:**

  /s/ Mark D. Meyer
Mark D. Meyer, Bar No. 15070
Rosenberg and Associates, LLC
4340 East West Highway, Suite 600
Bethesda, Maryland 20814
(301) 907-8000
*(Attorney for Defendant Carvana, LLC)*

      **I HEREBY CERTIFY** that the terms of the copy of the consent to judgment submitted to the Court are identical to those set forth in the original consent to judgment; and the signatures represented by the _____/s/_____ on this copy reference the signatures of consenting party on the original consent to judgment.

                                                           /s/ Craig B. Leavers
                                                             Craig B. Leavers

cc:   Mark D. Meyer, Esq.
       *(via CM/ECF)*

       Brett Weiss, Esq.
       *(via CM/ECF)*

       Craig B. Leavers, Esq.
       *(via CM/ECF)*

       April Michelle Alexander-Giles
       11358 Barley Field Way
       Marriottsville, Maryland 21104
       *(via First Class Mail)*

**END OF ORDER**